```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
WILFREDO ZAYAS,                                              :
                                                             :
                                                             :
                    Plaintiff,                               :
                                                             :
        -v-                                                  :    1:20-cv-03017-GHW
                                                             :
BULK LOGISTICS INC., NORTH                                   :            ORDER
AMERICAN BULK TRANSPORT, INC., and                           :
JOSEPH P. BURNS,                                             :
                                                             :
                    Defendants.                              :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, Bronx County on April 14, 2020.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 5, 2020.  Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case.  Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: April 15, 2020

                                                                     GREGORY H. WOODS
                                                                 United States District Judge