```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WILFREDO ZAYAS,                                  :
                                                 :
                                                 :
                    Plaintiff,                   :
                                                 :
         -v-                                     :    1:20-cv-03017-GHW
                                                 :
BULK LOGISTICS INC., NORTH                       :           ORDER
AMERICAN BULK TRANSPORT, INC., and               :
JOSEPH P. BURNS,                                 :
                                                 :
                    Defendants.                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court observes that Plaintiff's counsel has not filed a notice of appearance in this case, although the Court ordered him or her to do so April 15, 2020.  Dkt No. 7.  Failure to follow Court orders can result in a variety of sanctions, including dismissal of the action for failure to prosecute.  Counsel for Plaintiff is directed do file a notice of appearance forthwith.

In addition, the initial pretrial conference scheduled for May 19, 2020 will be held by telephone.  The parties are directed to consult the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for dial-in information and other instructions.  The parties are specifically directed to comply with Emergency Rule 2.C.

Counsel for Defendants is directed to serve a copy of this order on counsel for Plaintiff and to retain proof of service.

SO ORDERED.

Dated: May 12, 2020

                                          _____
                                              GREGORY H. WOODS
                                           United States District Judge