```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WILFREDO ZAYAS,                                              :
                                                             :
                                                             :
                          Plaintiff,                         :
                                                             :
            -v-                                              :    1:20-cv-03017-GHW
                                                             :
BULK LOGISTICS INC., NORTH                                   :    ORDER
AMERICAN BULK TRANSPORT, INC., and                           :
JOSEPH P. BURNS,                                             :
                                                             :
                          Defendants.                        :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On June 11, 2020, Defendants submitted an affirmation in response to Plaintiff's demand for a jury trial. Dkt No. 17. In that affirmation, Defendants stated that they do not oppose Plaintiff's demand. Accordingly, Plaintiff's motion for leave to file a late jury trial demand is GRANTED. Any such demand must be filed no later than June 19, 2020.

       The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 13 and 16.

SO ORDERED.

Dated: June 15, 2020

                                                            _____
                                                            GREGORY H. WOODS
                                                         United States District Judge