**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
WILFREDO ZAYAS,                                             :
                                                            :
                                Plaintiff,                  :    20-cv-3017 (RA) (OTW)
                                                            :
                -against-                                   :    **ORDER**
                                                            :
BULK LOGISTICS INC., et al.,                                :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Post-Discovery Conference in this matter telephonically on **Wednesday, March 17, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*
Dated: January 28, 2021                                     **Ona T. Wang**
       New York, New York                                   United States Magistrate Judge