**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
WILFREDO ZAYAS,

                Plaintiff,                20-cv-03017 (OTW)

       -against-                **ORDER**

BULK LOGISTICS INC., et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, November 03, 2021 at 11:00 a.m.** at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.

**SO ORDERED.**

                                            *s/ Ona T. Wang*

Dated: August 19, 2021                         **Ona T. Wang**
       New York, New York            United States Magistrate Judge